

**VIA ECF**

September 4, 2019

The Honorable Judge Valerie E. Caproni
United States District Court Judge
United States District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

          **Re:**   *Picon v. Joshua Liner Gallery LLC*
                  Case No.: 1:19-cv-7080-VEC

Dear Judge Caproni,

      This firm represents Plaintiff Yelitza Picon, and on behalf of all other persons similarly situated ("Plaintiff"), in the above-referenced action against Joshua Liner Gallery LLC ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement, in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated.

      Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

                                                              Respectfully yours,
                                                             Gottlieb & Associates
                                                          *s/Jeffrey M. Gottlieb, Esq.*
                                                          Jeffrey M. Gottlieb, Esq.